# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CHARLES PICARELLA JR., | : | No. 165 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SUPERINTENDENT B. MASON, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Application for Extraordinary Relief is DENIED, and the "Application for Leave to File for Extension of Time *Nunc Pro Tunc*" and the Motion for Leave to Amend are DISMISSED AS MOOT.